

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00593-CR

Ramon Donato **AYALA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 567926
Honorable Michael De Leon, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's memorandum opinion of this date, the trial court's judgment is REVERSED, and this case is REMANDED to the trial court for further proceedings.

SIGNED September 23, 2020.

_____
Irene Rios, Justice